
# UNITED STATES DISTRICT COURT

_____EASTERN_____ District of _____ARKANSAS_____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| FRANKLIN O. SWEETEN | Case Number: 4:98CR00160-04 GH |
|  | USM Number: 21663-009 |
|  | JEROME KEARNEY |
|  | Defendant's Attorney |

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) __7, general__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 7 | Excessive use of alcohol. | 7/17/05 |
| general | Commission of another federal, state or local crime. | 7/17/05 |

The defendant is sentenced as provided in pages 2 through ____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: ***-**-1964

Defendant's Date of Birth: **/**/66

Defendant's Residence Address:
Greenbriar, AR

Defendant's Mailing Address:

Date of Imposition of Judgment: November 22, 2005

Signature of Judge

WILLIAM R. WILSON JR., U. S. DISTRICT JUDGE
Name and Title of Judge

Date: 11/28/2005

Judgment — Page 2 of 2

DEFENDANT:       FRANKLIN O. SWEETEN
CASE NUMBER:     4:987CR00160-04 GH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :   6 months

X   The court makes the following recommendations to the Bureau of Prisons:
    The court recommends that the defendant be incarcerated in a facility near his home and that he be afforded nonresidential substance abuse treatment during incarceration.

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
    ☐   at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐   as notified by the United States Marshal.

X   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    X   before 2 p.m. on   January 3, 2006   .
    ☐   as notified by the United States Marshal.
    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL